David WATKINS, Petitioner–Appellant,

v.

Joseph P. SACCHET; Attorney General for the State of Maryland, Respondents–Appellees.

No. 01–6322.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

David Watkins, pro se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

David Watkins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Watkins v. Sacchet*, No. CA–00–2545–CCB (D.Md. filed Jan. 30, 2001, entered Jan. 31, 2001; filed and entered Feb. 12, 2001). We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*